Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
MIDDLE District of FLORIDA
_____ Division

Case No. 5:21-CV-275 TPBPRL
*(to be filled in by the Clerk's Office)*

MARIA VEGA
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

MS. CAPTAIN PINKY
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

FILED 2021 MAY 21 PM 12:04 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FL OCALA FLORIDA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Maria Vega
All other names by which you have been known: N/A
ID Number: 16-34-47
Current Institution: F.W.R.C.
Address: 3700 N.W. 111th PLACE
Ocala  FL  34482
City  State  Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: CAPTAIN Ms PINKY (NEW NAME UNKNOWN)
Job or Title (if known): CAPTAIN
Shield Number:
Employer: HOMESTEAD CORRECTIONAL INSTITUTE
Address: 19000 S.W. 377 STREET
FLORIDA CITY  FL  ????
City  State  Zip Code
[✓] Individual capacity   [ ] Official capacity

Defendant No. 2
Name: Ms. DANIEL (NEW NAME UNKNOWN)
Job or Title (if known): SERGENT
Shield Number:
Employer: HOMESTEAD C.I.
Address: 19000 S.W. 377 STREET
FLORIDA CITY  FL  ????
City  State  Zip Code
[X] Individual capacity   [ ] Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: MR. GONZALEZ
Job or Title (if known): OFFICER
Shield Number:
Employer: HOMESTEAD C.I.
Address: 19000 S.W. 377 STREET
FLORIDA CITY   FL   ????
City   State   Zip Code

[X] Individual capacity   [ ] Official capacity

Defendant No. 4
Name: N/A
Job or Title (if known):
Shield Number:
Employer:
Address:
City   State   Zip Code

[ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

*SEEKING $999,999,000 MILLION*
*SUING (SUE) THUS FIRST AMENDMENT / EIGHTH AMENDMENT*
*SEE ATTACH PAPER*

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)* *VIOLATION CIVIL RIGHTS!!!*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*April 4, 2013, AT 1:00AM CONFINEMENT*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*OCCURRED HOMESTEAD, CONFINEMENT APRIL 4, 2021*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

1:00 A.M. NIGHT TIME

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

TORT, plus FEDERAL TORT

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

SEEKING COMPENSATION $999,999,000 MILLION FOR DAMAGE, WITH/WITHOUT GLASSES EYEWEAR I STILL SEE BLURED. FIRST AMENDMENT (REDRESS OF GRIEVANCE) 8th AMENDMENT CRUELTY/UNUSUAL PUNISHMENT

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

THEY WANTED TO SENT ME BACK FOR PUNISHMENT.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

THEY STATED THAT EVALUATION WAS UNCLEAR

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

F.W.R.C

2. What did you claim in your grievance?

VIOLATION RELIGIOUS BELIEVE FASTING PURPOSE

3. What was the result, if any?

EXCESSIVE SPRAYING PHYSICAL FORCE

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

THEY DENIED IT.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    F.    If you did not file a grievance:

        1.    If there are any reasons why you did not file a grievance, state them here:

           N/A

        2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

           N/A

    G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

           N/A

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) MARIA VEGA

    Defendant(s) LUIETENANT MS MOORE NEW NAME UNKNOWN

2. Court *(if federal court, name the district; if state court, name the county and State)*

    UNITED STATES DISTRICT COURT, OFFICE OF CLERK 207 NW. SECOND STREET, ROOM 337, OCALA, FL 34475-6666

3. Docket or index number STANDING ORDER FOR ALL CONFINED, SOCIAL SECURITY NO. 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

4. Name of Judge assigned to your case

    JUDGE MR PHILIP R. LAMMEN ON 1-22-21

5. Approximate date of filing lawsuit

6. Is the case still pending?

    ☐ Yes

    ☑ No

    If no, give the approximate date of disposition. N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    WON IN MY FAVOR.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) ___N/A___
   Defendant(s) ___"   "___

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ___"   "___

3. Docket or index number

   ___"   "___

4. Name of Judge assigned to your case

   ___"   "___

5. Approximate date of filing lawsuit

   ___"   "___

6. Is the case still pending?

   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition ___"   "___

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ___"   "___

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *Maria Vega*

Signature of Plaintiff: MARIA VEGA *Maria Vega*
Printed Name of Plaintiff: MARIA VEGA
Prison Identification #: 16-34-47
Prison Address: 3700 N.W 111th PLACE
Ocala, FL 34482
(City, State, Zip Code)

### B. For Attorneys

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Address: 
(City, State, Zip Code)
Telephone Number: 
E-mail Address: 

Page 11 of 11

# ENLISTMENT / REENLISTMENT DOCUMENT
## ARMED FORCES OF THE UNITED STATES

**Privacy Act Statement**

**AUTHORITY:** 5 USC 3331; 32 USC 708; 44 USC 708 and 3101; 10 USC 133, 265, 275, 504, 508, 510, 591, 672(d), 678, 837, 1007, 1071 through 1087, 1168, 1169, 1475 through 1480, 1553, 2107, 2122, 3012, 5031, 8012, 8033, 8496, and 9411; 14 USC 351 and 632; and Executive Order 9397, November 1943 (SSN).

**PRINCIPAL PURPOSES:** To record enlistment or reenlistment into the U.S. Armed Forces. This information becomes a part of the subject's military personnel records which are used to document promotion, reassignment, training, medical support, and other personnel management actions. The purpose of soliciting the SSN is for positive identification.

**ROUTINE USES:** This form becomes a part of the Service's Enlisted Master File and Field Personnel File. All uses of the form are internal to the relevant Service.

**DISCLOSURE:** Voluntary; however, failure to furnish personal identification information may negate the enlistment / reenlistment application.

## A. ENLISTEE / REENLISTEE IDENTIFICATION DATA

**1. NAME (Last, First, Middle):** VEGA MARIA

**2. SOCIAL SECURITY NUMBER:** 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

**3. HOME OF RECORD (Street, City, State, ZIP Code):** 1345 PLIMPTON AVE APT 1B, BRONX, NY 10452-0000

**4. PLACE OF ENLISTMENT / REENLISTMENT (Installation, City, State):** NEW YORK MEPS, BROOKLYN, NY 11252-6700

**5. DATE OF ENLISTMENT/REENLISTMENT (YYMMDD):** 010827

**6. DATE OF BIRTH (YYMMDD):** 690913

**7. PREV MIL SVC UPON ENL / REENLIST** — YEARS MONTHS DAYS
 a. Total Active Military Service
 b. Total Inactive Military Service

## B. AGREEMENTS

8. I am enlisting / reenlisting in the United States (list branch of service) **NAVAL RESERVE** this date for **8** years and **00** weeks beginning in pay grade **E-1**. The additional details of my enlistment/ reenlistment are in Section C and Annex(es) **A**.

**a. FOR ENLISTMENT IN A DELAYED ENTRY / ENLISTMENT PROGRAM (DEP):**

I understand that I will be ordered to active duty as a Reservist unless I report to the place shown in item 4 above by (list date) (YYMMDD) **0500  010904** for enlistment in the Regular component of the United States (list branch of service) **NAVY** for not less than **4** years and **00** weeks. My enlistment in the DEP is in a nonpay status. I understand my period of time in the DEP is NOT creditable for pay purposes upon entry into a pay status. However, I also understand that this time is counted toward fulfillment of my military service obligation or commitment. I must maintain my current qualifications and keep my recruiter informed of any changes in my physical or dependency status, moral qualifications, and mailing address.

**b. Remarks:** (If none, so state.) **NONE**

**c.** The agreements in this section and attached annex(es) are all the promises made to me by the Government. ANYTHING ELSE ANYONE HAS PROMISED ME IS NOT VALID AND WILL NOT BE HONORED.

(Initials of Enlistee / Reenlistee) **M.V.**

(Continued on reverse side.)

DD Form 4/1, MAY 88          Previous editions may be used.          2099/168

536



**DEPARTMENT OF THE NAVY**
RECRUIT TRAINING COMMAND
3301 INDIANA STREET
GREAT LAKES, IL 60088-3127

```
                                                1910
                                                Ser 10/5298
                                                12 Dec 01
```

From: Commanding Officer, Recruit Training Command, Great Lakes
To:   Officer-in-Charge, Personnel Support Detachment, Recruit
      Training Command, Great Lakes

Subj: ADMINISTRATIVE SEPARATION ICO SR MARIA VEGA, USN, 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

Ref:  (a) CO, RTC GLAKES ltr 1910 Ser 10/1463 of 8 Nov 01
      (b) MILPERSMAN 1910
      (c) BUPERSINST 1900.8

1. In response to reference (a) which processed member for administrative separation per reference (b), authority is granted to discharge member within 10 working days after receipt of this letter. Prepare a DD Form 214 per reference (c), entering the following:

   BLK 23:  DISCHARGED
   BLK 24:  GENERAL
   BLK 25:  MILPERSMAN 1910-142
   BLK 26:  GKQ
   BLK 27:  RE-4
   BLK 28:  MISCONDUCT

2. If applicable, recoup any unearned bonus paid and collect all existing indebtedness per DODFMR.

3. Ensure compliance with OPNAVINST 1900.2 regarding transition assistance services.

4. If member is drug/alcohol dependent, offer appropriate treatment prior to separation. MILPERSMAN 1910-232 refers.

5. Forward a complete copy of the Administrative Separation package and Separation Authority action, with a copy of the member's DD Form 214, to the appropriate PERS code for review and filing in the member's permanent record for historical purposes. Additionally, forward a copy of the member's DD Form 214 to Recruit Training Command, Legal Department within three days of discharge.

                                      R. K. MCBRIDE
                                      By direction

Copy to:
SR Vega

643

16 Nov 01

From: LCDR Donald R. Wilkinson, USN, 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/1100
To: Commanding Officer, Recruit Training Command, Great Lakes

Subj: RECORD OF PROCEEDINGS OF AN ADMINISTRATIVE BOARD IN CASE OF SR MARIA VEGA, USN, 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

Ref: (a) MILPERSMAN 1910-500

Encl: (1) Government's Exhibits 1 through 14
(2) Witnesses Testimony
(3) Findings of the Administrative Board

1. Per reference (a), enclosures (1) through (3) are forwarded, and the following Record of Proceedings of an Administrative Board in case of SR Maria Vega, USN, is submitted.

2. The Board was called to order at 1338 hours, 8 November 2001, at Recruit Training Command, Great Lakes, Illinois.

3. The Board was convened by order of the Commanding Officer, Recruit Training Command, dated 8 November 2001, a copy of the order was furnished to each Member of the Board, the Recorder, the Respondent, and Counsel for the Respondent.

4. The following persons were present:

LCDR Donald R. Wilkinson, USN, Senior Member;
LT Carl Bendixon, USN, Member;
LT Will Smith, USN, Member;
LN1 Ronald M. Morton II, USN, Recorder;
LT Shahzad Nasseem, JAGC, USNR, Counsel for the Respondent;
SR Maria Vega, USN, Respondent; and
LN3 Kimberly E. L. Roan, USN, Court Reporter.

5. All Members were present.

6. LT Nasseem, JAGC, USNR, stated his legal qualifications.

7. LN1 Morton, USN, stated his legal qualifications.

644

**Terry L. Rhodes**
Executive Director

**A SAFER FLORIDA**
HIGHWAY SAFETY AND MOTOR VEHICLES

**Rick Scott**
Governor

**Pam Bondi**
Attorney General

**Jimmy Patronis**
Chief Financial Officer

**Adam Putnam**
Commissioner of Agriculture

2900 Apalachee Parkway
Tallahassee, Florida 32399-0500
www.flhsmv.gov

January 30, 2018

Maria Vega DC#163447
FWLRC
3700 NW 111th Place
Ocala, FL 34482

Dear Ms. Vega:

In reply to your recent inquiry, our records do not indicate you were issued a commercial driver's license. We show where you had a Class D license issued in 2004 however that license has not been converted to a Class E since we no longer have the chauffer license.

Upon your release you can apply for a commercial driver's license by passing the necessary exams and paying the appropriate fees.

We hope this information will assist you.

Sincerely,

Customer Service Center
Department of Highway Safety and Motor Vehicles
www.flhsmv.gov

HM

• Service • Integrity • Courtesy • Professionalism • Innovation • Excellence •
An Equal Opportunity Employer

APPOINT A LAWYER TO ME PUBLIC HOUSE

5-12-21   CASE: 5:21-CV-00049-WFJ-PRL

1 # AMENDMENT FIRST AMENDMENT. SEEKING $999,999,999,000 M NINETY NINE, NINE MILLION

Congress shall make no law respecting an establishment of religion, (or) prohibiting the free exercise thereof; (or) abridging freedom of speech, (or) of the press; (or) the right of the people peaceably to assemble, and to petition the government for a redress of grievances.

* (FEDERAL TORT;/plus TORT.)
WRONGDOER.

On April 4, 2013 Captain Ms Pinky short black lady, slim, thin. Put me in confinement for fasting 8 days my rights were violated. Claim. Plaintiffs (Vega Maria.) Ms Defendant Ms Captain Ms Pinky oppose for me not to fast, violating mine religious believe. Left me in confinement for apperantly claim plaintiffs (Vega. M) the captain spray me several time and left me in confinement 9 month after the toucher was over she had Ms SGRT Daniel / Mr Gonzalez officer spray me (Vega. M) plaintiffs claim. After 8th days of fasting and being spray for quantity days; my eyes became blind; I was prescribe eye wear. Meanwhile, Ms Pinky Defendant drag me to shower were I felt in seizure twice; I woke up with the water shower the spraying hurted like hell. Claim plaintiffs (Vega. Maria.) (I never resist arrest.) (on seizure claim plaintiff)

#8 AMENDMENT NO. EIGHT

EXCESSIVE BAIL SHALL NOT BE REQUIRED NOR EXCESSIVE FINE IMPOSE, <u>NOR CRUEL AND UNUSUAL</u> *<u>PUNISHMENTS INFLICTED</u>

USING EXCESSIVE PHYSICAL FORCE WENT I WHENT ON SEIZURE BY DRAGGING ME TO SHOWER, AND OUT OF SHOWER CLAIM PLAINTIS (VEGA MARIA). IT BURNS, HURTS LIKE HELL. I WAS IN AGONIES; CRUCIATING PAIN ALL OVER TTHEN SHE (Ms. PINKY.) HAD ME TRANSFER TO FLORIDA, WOMEN, RECEPTION CENTER, WERE THE OTHER INCIDENT OCCURRED IN-FIRMARY ABOUT THE 17 DAY OF FASTTING THAT I NOW HAVE TO WEAR BRACE FOR THE REST OF MY LIFE.

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

368-20120097

Mail Number: _____
Team Number: St
Institution: FWRC

| TO: (Check One) | ☒ Warden | ☐ Classification | ☐ Medical | ☐ Dental | |
|---|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other | Ms. CASHMERE |

| FROM: | Inmate Name: MARIA VEGA JHL | DC Number: 10-34-47 B4209 | Quarters: B4209 | Job Assignment: DTU HOUSEMAN | Date: 5-14-21 |
|---|---|---|---|---|---|

**REQUEST**   Check here if this is an informal grievance ☒

MA'AM/SIR: IN HOMESTEAD *(FOR STARVING MYSELF)
19000 SW 377 STREET (FOR 8 DAYS. MY RIGHT)
FLORIDA CITY, FL ZIP(???) (WAS VIOLATED.)
CAPTAIN MS PINKY PUT ME IN CONFINEMENT FOR NO
APPERANT REASON, MEANWHILE MY STAY IN CONFINEMENT
AT 1:00 AM, ON APRIL 4, 2013 SPRAY ALL OVER FROM
HEAD TO TOE, I WHEN ON SEIZURE WITHOUT RESISTING
ARREST, THEY (MS PINKY) WITH OTHER OFFICERS. GAVE AN
ORDER TO SPRAY ME VEGA AS TO PUT ME IN SHOWER TO AWAKEN
ME VEGA; DRAGGED ME VEGA OUT OF SHOWER I FELT INTO
SEIZURE AGAIN, NURSE SPRAY WATER ON MY FACE, BLINDED
MINE EYES WITH SPRAY IN SEVERAL TIME/ REMEDIES: REMOVE HER.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Maria Vega JAIL HOUSE LAWYER    DC#: 10-34-47

---
**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**   DATE RECEIVED: 12-28-21

Evaluation Review unclear.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is __Denied__. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): B. Rassit   Official (Signature): R. Smith   Date: 12/28/21

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

MARIA VEGA #16-34-47
JAIL HOUSE LAWYER
F.W.R.C
3700 N.W. 111th PLACE
Ocala, FL 34482

MAIL ORIGINATED IN
A STATE CORRECTIONAL
INSTITUTION

U.S. att.
207 NW SECOND STREET, RM 337
Ocala, FL
34475-6666

SCREENED
BY USMS